ACCEPTED
03-14-00131-CV
5531118
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/3/2015 2:50:40 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00131-CV

## THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/3/2015 2:50:40 PM
JEFFREY D. KYLE
Clerk

### *ZBRANEK CUSTOM HOMES, LTD.*

**Appellant**

**v.**

### *JOE ALLBAUGH AND DIANE ALLBAUGH*

**Appellees**

### Appealed from the 419TH Judicial District Court of Travis County, Texas

_____

### APPELLANT'S OPPOSED MOTION FOR LEAVE TO FILE POST-SUBMISSION BRIEF

_____

Tim Poteet
State Bar No. 16170300
David E. Chamberlain
State Bar No. 04059800
Erin Westendorf-Boyd
State Bar No. 24042142
CHAMBERLAIN ♦ McHANEY
301 Congress Avenue, 21st Floor
Austin, Texas   78701
(512) 474-9124
(512) 474-8582 (Facsimile)

1

## APPELLANT'S OPPOSED MOTION FOR LEAVE TO FILE POST-SUBMISSION BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Zbranek Custom Homes, LLC [hereinafter "Appellant"] hereby files this opposed motion requesting this Court grant leave to file a post-submission brief, and in support thereof shows the Court as follows:

### Timeline of Appeal

Appellant's Brief was filed September 8, 2014. Appellee's Response Brief was filed October 24, 2014. Appellant's Reply Brief was filed November 13, 2014. The case was submitted on oral argument on January 28, 2015.

### Relief Requested

Appellant seeks leave to file a supplemental brief in light of a recent decision by the Texas Supreme Court in *Gharda USA, Inc. v. Control Solutions, Inc.*, No. 12-0987 (Tex. May 8, 2015). At the time Appellee filed its Reply Brief, the *Gharda* case was under review. The *Gharda* opinion bears directly on one of Appellant's points of error in the appeal, namely, sufficiency of evidence on causation and expert witness testimony. As explained in the post-submission brief, the Allbaughs' expert testimony on causation was not reliable, in the same manner that the experts' testimony on causation in *Gharda* was not reliable. Appellant seeks leave to analyze the *Gharda* case and its application to the facts of the subject appeal, in order to provide this Court with thorough briefing in aid of the Court's adjudication of this dispute.

2

**Prayer**

**WHEREFORE, PREMISES CONSIDERED**, Appellant Zbranek Custom Homes, LLC prays that this motion be granted and that it be granted leave to file its post-submission brief, and for all other and further relief to which it is justly entitled.

Respectfully submitted,

CHAMBERLAIN ♦ McHANEY
301 Congress Avenue, 21st Floor
Austin, Texas   78701
(512) 474-9124
(512) 474-8582 (fax)
tpoteet@chamberlainmchaney.com
dchamberlain@chamberlainmchaney.com
ewestendorf@chamberlainmchaney.com

By:    /s/ Tim Poteet
        TIM POTEET
        State Bar No. 16170300
        DAVID E. CHAMBERLAIN
        State Bar No. 04059800
        ERIN WESTENDORF-BOYD
        State Bar No. 24042142

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney for Appellant attempted to confer with counsel for Appellees on May 29, 2015. On June 1, 2015, Suzanne C. Radcliff, attorney for Appellees, informed Appellant that Appellees are opposed to this motion for leave to file post-submission brief.

By:   /s/ Erin Westendorf-Boyd
        ERIN WESTENDORF-BOYD
        State Bar No. 24042142

# CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing has been forwarded to counsel of record as indicated via Electronic Court Filing, this 3rd day of June, 2015:

Suzanne C. Radcliff
Cozen O'Connor
1717 Main Street, Suite 3400
Dallas, Texas 75201-7335
scradcliff@cozen.com

By: /s/ Tim Poteet
TIM POTEET
State Bar No. 16170300
